■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABIGAIL SANCHEZ, Appellant. [604 NYS2d 805] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Rosato, J.), rendered January 28, 1993, convicting him of attempted criminal sale of a controlled substance in the third degree, upon a plea of guilty, and imposing sentence.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR SANCHEZ, Appellant. [604 NYS2d 806] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Rohl, J.), rendered December 9, 1991, convicting him of attempted criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

A review of the record indicates that the defendant entered his plea knowingly, voluntarily, and intelligently *(see, People v Harris,* 61 NY2d 9).

We further conclude that under the circumstances, the

sentence was not excessive *(see, People v Suitte,* 90 AD2d 80). Mangano, P. J., Rosenblatt, Lawrence, Copertino and Joy, JJ., concur.